No. 99–6477. MILLER *v.* PUGH ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–6478. WHITE *v.* RODRIGUEZ MENDOZA, CLERK, DISTRICT COURT OF TEXAS, TRAVIS COUNTY. C. A. 5th Cir. Certiorari denied.

No. 99–6479. RE *v.* NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 99–6481. OMOSEFUNMI *v.* FARQUHARSON. C. A. 1st Cir. Certiorari denied.

No. 99–6483. PONDER *v.* HILL, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. Sup. Ct. Ore. Certiorari denied.

No. 99–6487. ARROYO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–6489. BROWN *v.* ELLIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6490. CEGLAREK *v.* JOHN CRANE, INC. C. A. 7th Cir. Certiorari denied.

No. 99–6502. PALMER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 99–6514. ANDERSON *v.* AULT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 99–6517. WASHINGTON *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–6518. PALMER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 99–6567. MUCHEN *v.* HOPEWELL CENTER, INC. C. A. 8th Cir. Certiorari denied.

No. 99–6577. GIBBS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6581. GUILLORY *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.